UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES

**Case No.:** 3:19-CR-75    **At:** Knoxville, TN    **Date:** May 14, 2019

**Style:** United States of America  vs.  Shawn Fitts

**Present Before**: Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | Travis Worthington |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Probation Officer** |

| Cynthia Davidson | Norman McKellar<br>Devin DeVore | |
|---|---|---|
| **Attorney for Govt** | **Atty for Defendant** | |

**Others Present:** USMS, CSO

**Proceedings:** Initial Appearance and Arraignment Hearing on Indictment. The defendant was sworn before the Court. The defendant was advised of rights and the charges alleged in the indictment. Defendant retained counsel, and the Court granted Attorney Gerald Gulley's oral request to withdraw from this matter. The defendant entered a plea of not guilty to the alleged charges. The defendant waived and was remanded to custody. The government requested seven days to turn over discovery as to this defendant. The Court granted the government's request. The Court also set the following schedule:

**Pretrial Conference: June 25, 2019 at 11:00 a.m. before U.S. Magistrate Judge Debra C. Poplin**
**Jury Trial: July 16, 2019 at 9:00 a.m. before Chief U.S. District Judge Pamela L. Reeves**
**Discovery DDL: May 21, 2019**
**Motion Cut-Off: June 5, 2019**
**Response DDL: June 19, 2019**
**Reciprocal Discovery/Plea DDL: June 25, 2019**

**[] Defendant released on conditions    [X] Defendant remanded to custody of Marshal**

**Time:** 2:30  to   2:40

I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_3-19-cr-75_20190514_141949.dcr